UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JHAL DEVONN SMITH #391981,

        Plaintiff,

                                          CASE NO. 1:26-cv-0535

v.

                                          HON. ROBERT J. JONKER

UNITED STATES OF AMERICA et al.,

        Defendants.

_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Berens's Report and Recommendation in this matter (ECF No. 8) and Defendant's Objections to that Report and Recommendation (ECF No. 9). Under the Federal Rules of Civil Procedure, when a party has objected to portions of a Report and Recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo reconsideration, he or she finds it justified." 12 *Wright & Miller's Federal Practice and Procedure* § 3070.2 (3d ed. 2025). Specifically, the Rules provide that:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed R. Civ. P. 72(b)(3). The Court has reviewed de novo the claims presented to the Magistrate Judge; the Report and Recommendation itself; and Plaintiff's objections. After its review, the Court finds the Report and Recommendation is factually sound and legally correct.

The Magistrate Judge recommends dismissing Plaintiff's complaint in accordance with 28 U.S.C. §§ 1915(e)(2), 1915A(b) for failure to state a claim. In the objections, Plaintiff primarily

reiterates and expands upon arguments presented in the original complaint.  Plaintiff's objections fail to deal in a meaningful way with the Magistrate Judge's analysis.  The Magistrate Judge carefully and thoroughly considered the record, the parties' arguments, and the governing law. The Magistrate Judge properly analyzed Plaintiff's claims.  Nothing in Plaintiff's objections changes the fundamental analysis. The Court agrees with the Magistrate Judge's analysis.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 8) is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Complaint (ECF No. 1) is **DISMISSED**.

A separate Judgment shall issue.


Dated: <u>May 6, 2026</u>                                        <u>/s/ Robert J. Jonker</u>
                                                                ROBERT J. JONKER
                                                                UNITED STATES DISTRICT JUDGE